**Patrick Bernard SMITH,
Plaintiff–Appellant**

v.

**Correctional Officer Sean MURRAY;
Howard K. Bennett, Physician Assis-
tant Certified; Mark Minshew; Offi-
cer Swoops; Lieutenant Preston; Ser-
geant Barrough; Assistant Warden K.
Dean; Teri Smith, Defendants–Appel-
lees.**

No. 13–51134
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 18, 2015.

Before KING, JOLLY, and HAYNES,
Circuit Judges.

PER CURIAM: [*]

Patrick Bernard Smith filed a civil
rights action alleging numerous constitu-
tional violations arising from prison disci-
pline and medical care. All of the claims
have been dismissed on summary judg-
ment, but we granted Smith leave to ap-
peal in forma pauperis (IFP) whether the
district court erred by granting summary
judgment dismissing an excessive-force
claim against defendant Columbus Swopes
arising on March 20, 2009, and an exces-
sive-force claim against defendants Sean
Murray and Mark Minshew arising on
April 20, 2009. *Smith v. Murray,* No. 13–
51134 (5th Cir. May 6, 2014) (unpublished
order). IFP was denied as to all other
claims. *Id.*

[*] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

Smith has abandoned the essential is-
sues for appeal by failing to brief them.
*See Audler v. CBC Innovis Inc.,* 519 F.3d
239, 255 (5th Cir.2008); *Yohey v. Collins,*
985 F.2d 222, 224–25 (5th Cir.1993). At
best, his few bare assertions of excessive
force, unsupported by any competent sum-
mary judgment evidence, do not show any
genuine issue for trial. *See Duffie v. Unit-
ed States,* 600 F.3d 362, 371 (5th Cir.2010);
*Hathaway v. Bazany,* 507 F.3d 312, 319
(5th Cir.2007). The district court's judg-
ment is AFFIRMED, and all of Smith's
claims against all defendants in this action
are now dismissed.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.